The People of the State of New York, Respondent, v Joseph L. Prude, Also Known as Lemario, Appellant. [784 NYS2d 469]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, J.), rendered January 17, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed for reasons stated in decision at suppression Court (Francis A. Affronti, J.). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Martoche, JJ.